# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JUAN NAJERA CARRILLO | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-01-20117-001 JF<br>BOP Case Number: DCAN501CR020117-001<br>USM Number:<br>Defendant's Attorney :Jerry Fong |



Filed
MAR 15 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**THE DEFENDANT:**

[x] admitted guilt to violation of conditions <u>not to commit any federal, state or local crime and to comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement</u>.

[ ] was found in violation of condition(s) ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to refrain from committing any federal, state or local crime | 9/17/10 |
| Two | Failure to comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement | 9/17/10 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 3/13/13<br>Date of Imposition of Judgment<br><br>*Lucy H. Koh*<br>Signature of Judicial Officer<br><br>Honorable Lucy H. Koh, U. S. District Judge<br>Name & Title of Judicial Officer<br><br>3/14/13<br>Date |
| Defendant's Date of Birth: | |
| Defendant's USM No.: | |
| Defendant's Residence Address:<br>in custody | |
| Defendant's Mailing Address: | |

| | | |
|---|---|---|
| DEFENDANT: | JUAN NAJERA CARRILLO | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-01-20117-001 JF | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>time served</u>.

Supervised release is hereby terminated.

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[x]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By _____
Deputy United States Marshal